FILED

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF INDIANA
HAMMOND DIVISION

2010 APR 22 PM 3: 35

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | CAUSE NO. 2:10 CR 63 |
| | ) | |
| v. | ) | 18 U.S.C. § 2 |
| | ) | 18 U.S.C. §287 |
| ROSETTA YVONE BUCHANAN | ) | 18 U.S.C. §1028(A)(7) |
| FRANCESECA FOSTER | ) | |
| | ) | |

## INDICTMENT

**THE GRAND JURY CHARGES**:

### COUNT ONE

1.  At all times relevant to this indictment:

    a.  Whoever makes or presents to any person or officer in the civil, military, or naval service of the United States, or to any department or agency thereof, any claim upon or against the United States, or any department or agency thereof, knowing such claim to be false, fictitious, or fraudulent violates Title 18 United States Code Section 287.

    b.  The Internal Revenue Service, a division of the United States Department of Treasury, is an agency of the United States.

2.  Beginning on or about January 1, 2010, and continuing to on or about March 18, 2010, in the Northern District of Indiana and elsewhere,

**ROSETTA YVONE BUCHANAN**
**FRANCESECA FOSTER**

defendant's herein, did knowingly transfer, possess, or use, without lawful authority, in or affecting interstate commerce, a means of identification of Victim 1, to wit, his social security

number, with the intent to make or present a false, fictitious, or fraudulent claim to the Internal Revenue Service, and as result of the offense, the defendant obtained anything of value aggregating $1,000.00 in a one year period

in violation of Title 18, United States Code, Section 1028(a)(7) and 2.

## COUNT TWO

The GRAND JURY further charges:

1. The allegations in paragraphs 1-2 of Count One of this indictment are hereby realleged and incorporated by reference as if fully stated herein.

2. Beginning on or about January 1, 2010, and continuing to on or about March 18, 2010, in the Northern District of Indiana and elsewhere,

### ROSETTA YVONE BUCHANAN

### FRANCESCA FOSTER

defendant's herein, did knowingly transfer, possess, or use, without lawful authority, in or affecting interstate commerce, a means of identification of Victim 2, to wit, his social security number, with the intent to make or present a false, fictitious, or fraudulent claim to the Internal Revenue Service, and as result of the offense, the defendant obtained anything of value aggregating $1,000.00 in a one year period in violation of Title 18, United States Code, Section 1028(a)(7) and 2.

## COUNT THREE

The GRAND JURY further charges:

1. The allegations in paragraphs 1-2 of Count One of this indictment are hereby realleged and incorporated by reference as if fully stated herein.

2. Beginning on or about January 1, 2010, and continuing to on or about March 18, 2010, in the Northern District of Indiana and elsewhere,

**ROSETTA YVONE BUCHANAN**

**FRANCESECA FOSTER**

defendant's herein, did knowingly transfer, possess, or use, without lawful authority, in or affecting interstate commerce, a means of identification of Victim 3, to wit, his social security number, with the intent to make or present a false, fictitious, or fraudulent claim to the Internal Revenue Service, and as result of the offense, the defendant obtained anything of value aggregating $1,000.00 in a one year period in violation of Title 18, United States Code, Section 1028(a)(7) and 2.

4

## COUNT FOUR

The GRAND JURY further charges:

1.  The allegations in paragraphs 1-2 of Count One of this indictment are hereby realleged and incorporated by reference as if fully stated herein.

2.  Beginning on or about January 1, 2010, and continuing to on or about March 18, 2010, in the Northern District of Indiana and elsewhere,

### ROSETTA YVONE BUCHANAN

### FRANCESECA FOSTER

defendant's herein, did knowingly transfer, possess, or use, without lawful authority, in or affecting interstate commerce, a means of identification of Victim 4, to wit, her social security number, with the intent to make or present a false, fictitious, or fraudulent claim to the Internal Revenue Service, and as result of the offense, the defendant obtained anything of value aggregating $1,000.00 in a one year period in violation of Title 18, United States Code, Section 1028(a)(7) and 2.

## FORFEITURE ALLEGATION

Upon conviction of one or more of the offenses alleged in Counts 1-4 of this Indictment

### ROSETTA YVONE BUCHANAN

### FRANCESCA FOSTER

defendant's herein, shall forfeit to the United States pursuant to 18 U.S.C. Section 982(a)(2)(B), any property constituting, or derived from, proceeds obtained, directly or indirectly, as a result of the said violations an any property used, or intended to be used, in any manner or part, to commit, or to facilitate the commission of the said violations, including but not limited to the following:

$ 44,930.00 in United States currency.

A TRUE BILL:

                                                               S/Foreperson
                                                               FOREPERSON

DAVID CAPP
UNITED STATES ATTORNEY

By:   S/Susan L. Collins
       Susan L. Collins
       Assistant United States Attorney